## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**RYAN PFLIPSEN,**

    *Plaintiff*,

**v.**                                       **Case No. 5:25-CV-00299-JKP**

**LIONHEAD PROPERTY, LLC,**

    *Defendant*.

## O R D E R

Before the Court is Plaintiff's Unopposed Motion to Dismiss seeking to dismiss this cause with prejudice. *ECF No. 11*. Plaintiff represents to this Court the parties have reached a settlement agreement. *Id*. The Court deems the terms of this dismissal to be proper pursuant to Federal Rule of Civil Procedure 41(a)(2).

In accordance with Federal Rule 41(a)(2), it is ORDERED Plaintiff's Motion to Dismiss is **GRANTED**; all causes of action asserted by Plaintiff are **DISMISSED** with prejudice**.**

**IT IS FURTHER ORDERED** all costs and attorneys' fees shall be paid by the party incurring them.

This Court's referral of this action to Magistrate Judge Richard B. Farrer is **WITHDRAWN**. The Clerk of Court is **DIRECTED** to close the case.

It is so ORDERED.
SIGNED this 27th day of June, 2025.

JASON  PULLIAM
UNITED STATES DISTRICT JUDGE